THE PITTSBURGH, CINCINNATI AND ST. LOUIS R. W. Co. v. CURRANT.

RAILROAD. — Killing Stock. — Liability of Lessee. — Prior to the amendment of March 14th, 1877, Acts 1877, Spec. Sess., p. 61, the owner of stock killed by a railroad run and operated by a lessee in its own name had no remedy under the statute.

From the Jay Circuit Court.

N. O. Ross and J. R. Perdieu, for appellant.

WORDEN, J.—This was an action by the appellee, against the appellant, to recover damages for the alleged killing of stock by the defendant, upon its road where the same was not fenced.

Judgment for the plaintiff.

It appeared by the evidence, that the stock was killed in the Fall of 1875. It also appeared, that at that time

the road was owned by The Columbus, Chicago and Indiana Central Railway Company, but was then run and operated by the defendant in its own name.

It has been held in several cases, that, under the act of 1863, 1 R. S. 1876, p. 751, a recovery can not be had under such circumstances, against the company killing the stock. *The Pittsburgh, Cincinnati and St. Louis Railway Co.* v. *Bolner*, 57 Ind. 572.

The statute was amended in 1877. Acts 1877, Spec. Sess., p. 61. But the amended law had no application to this case, the stock having been killed before the amendment was adopted.

The judgment is reversed, with costs, and the cause remanded for a new trial.